EDWARD BOOTE, ET AL. *v.* UNITED STATES

**No. 6361.**—Invoices dated Birmingham, England, February 11, 1942, etc.
  Entered at New York, N. Y., March 27, 1942, etc.
  Entry No. 744805, etc.

(Decided September 19, 1946)

*Strauss & Hedges* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KEEFE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the earthenware and chinaware here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases. Insofar as the appeals relate to all other merchandise they are hereby dismissed.

Judgment will be rendered accordingly.

L. BAMBERGER & CO. *v.* UNITED STATES

**No. 6362.**—Invoice dated London, England, November 1942.
  Certified November 1942.
  Entered at Newark, N. J., December 29, 1942.
  Entry No. N–238.

(Decided September 19, 1946)

*Strauss & Hedges* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KEEFE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the earthenware and chinaware here involved, and that such values are the entered values. Insofar as the appeal relates to all other merchandise it is hereby dismissed.

Judgment will be rendered accordingly.